Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
433 N. Camden Drive, Ste. 730
Beverly Hills, California 90210
Telephone: (310) 860-1833
Telefax: (310) 860-1837
Email: info@machatlaw.com

JS-6

Attorneys for Plaintiff
TI Beverage Group, Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TI BEVERAGE GROUP, LTD, | CASE NO. CV13-02164 PA (JCGx) |
|---|---|
| Plaintiff, | |
| vs. | ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT and [PROPOSED] JUDGMENT |
| SPRECHER BREWING COMPANY INC, and DOES 1-10, inclusive, | |
| Defendants. | |

    Plaintiff TI BEVERAGE GROUP, LTD hereby accepts Defendant Sprecher Brewing Company's Rule 68 Offer of Judgment, a copy of which is attached.

Dated: April 26, 2013

Respectfully submitted,
MACHAT & ASSOCIATES, P.C.

Michael Machat, Esq.
Attorneys for Plaintiff
TI BEVERAGE GROUP, LTD.

# JUDGMENT

Judgment for Plaintiff against Defendant Sprecher Brewing Company, Inc. is entered in the amount of $2000.00. The Rule 68 Offer and Acceptance of it are hereby incorporated in this Judgment.

Dated: May 3, 2013

_____
US DISTRICT COURT JUDGE